IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MATTIE MINNIEFIELD**                                                          **PLAINTIFF**

**V.**                                                **CAUSE NO: 4:07CV56**

**SUPERVALU, INC.**                                                       **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated December 10, 2007, was on that date duly served by mail upon the *pro se* plaintiff at her last known address and a second copy mailed to the law office of Carver Randle; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation [27] of the United States Magistrate Judge dated December 10, 2007, is hereby approved and adopted.

This the 12th day of February, 2008.

                                                 **/s/ MICHAEL P. MILLS**
                                               **CHIEF JUDGE**
                                             **UNITED STATES DISTRICT COURT**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**